SAM E. WOODY V. THE STATE.

No. 21769. Delivered December 3, 1941.

The opinion states the case.

*E. T. Adams,* of Glen Rose, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for misdemeanor swindling in executing a check for $5.00 without sufficient funds to cover same. Punishment assessed was by fine of $5.00.

No statement of facts or bills of exception are found in the record. There are some exceptions to the court's instruction to the jury, but same can not be appraised without knowing what facts were developed on the trial.

The judgment is affirmed.